**No. 46212.**—Petition 6173–R of B. Spiliadis & Co., Inc. (New York).

Opinion by TILSON, J. The undervaluation in this case was apparently occasioned solely by reason of the deduction of a 2 percent discount on the consular invoice and again on entry. An examination of the entire record satisfied the court that there was no intention to defraud the revenue of the United States, conceal or misrepresent the facts, or to deceive the appraiser as to the true value of the merchandise. The petition was therefore granted.

BEFORE THE THIRD DIVISION, JULY 28, 1941

**No. 46213.**—Protests 848580–G, etc., of Columbia Co. et al. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Columbia Co.* v. *United States* (5 Cust. Ct. 175, C. D. 395) and Abstract 45951 it was held that the merchandise in question is not subject to the assessment of internal revenue tax. The protests were therefore sustained.

**No. 46214.**—Protests 965556–G, etc., of Columbia Co. et al. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Wing Duck Co.* v. *United States* (6 Cust. Ct. 133, C. D. 446) it was held that the merchandise in question is not subject to the internal revenue tax. The protests were therefore sustained.

**No. 46215.**—Protest 972021–G of Tai Wo Tong (Los Angeles).

Opinion by CLINE, J. In accordance with stipulation of counsel bak hop, hoi shin lien, hoi pak lien, sui sut, wai san (stick form), sar sum (uncut), lo hon qua, yuen yuk, and mok qua (not sliced) were held entitled to free entry under paragraph 1669 as claimed, following *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372), and apricot kernels were held dutiable at 3 cents per pound under paragraph 762 on the authority of Abstract 42588.